IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TORA LAKEITH RUSSELL, ID # 1632168, Petitioner, vs. WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent. | No. 3:14-CV-0646-P-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendations of the United States Magistrate Judge (doc. 37) and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendations of the United States Magistrate Judge, the *Motion to Move for Ruling and to Set Aside Final Judgment* (doc.32), and *Motion FRCP 60(b) Relief from Judgment* (doc. 33), both filed September 24, are **DENIED**.

**SO ORDERED.**

Signed this 9th day of December, 2015.

*/s/ Jorge A. Solis*
JORGE A. SOLIS
CHIEF JUDGE